**Order entered June 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00124-CV

**CARL BENSON, Appellant**

**V.**

**BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CERTIFICATE HOLDERS OF EMC MORTGAGE LOAN TRUST 2004-B, MORTGAGE LOAN PASS THROUGH CERTIFICATES, SERIES 2004-B, ITS SUCCESSORS AND ASSIGNS, Appellee**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-14-00086-D**

## ORDER

Before the Court is appellee's June 3, 2014 motion to dismiss the appeal. Appellee contends the appeal should be dismissed because appellant has failed to file his brief. Appellant filed his brief on June 13, 2014. Accordingly, we **DENY** appellee's motion.

On June 11, 2014, appellant filed a "Writ of Mandamus & Replevin." Although, the first page of the document lists the name of this Court, the remainder of the document shows that it was intended for the United States District Court for the Northern District of Texas. Accordingly, we **DENY** appellant's "Writ of Mandamus & Replevin."

/s/     ADA BROWN
        JUSTICE